**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gerold Lee DAVIS, Defendant–Appellant.**

No. 01–6273.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Gerold Lee Davis, pro se. Marvin Jennings Caughman, Assistant United States Attorney, Columbia, SC, for appellee.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Gerold Lee Davis seeks to appeal the district court's order denying relief on his motion to modify his sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Davis*, No. CR–93–429 (D.S.C. Jan. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*